74,886-02

July 10, 2015

This document contains some pages that are of poor quality at the time of imaging.

Louise Pearson, Clerk
Court Of Criminal Appeals of Texas
P.O. BOX 12308
Capitol Station
Austin, Texas  78711

REF:        WILLIE JAMES ATKINS, TDCJ No. 1441701 - Writ Of
            Habeas Corpus No. WR-74,886-01 - Trial Court Cause
            No. W06-00566-X(A) - Dallas County CR Dist No. 6

Dear Mrs Pearson,

GREETINGS:

      Please find enclosed the ORIGINAL for Court, and a one (1)

page copy for Applicant/Relator of PLAINTIFF'S THIRD APPLICATION

FOR WRIT OF MANDAMUS, with Attached APPENDIX (pages 01-52).

      Will you please file the ORIGINAL with the court, and FILE-

MARK/ DATE STAMP Applicant/ Relator one (1) page copy and return

in the enclosed S.A.S.E. for my records.

      Your assistance in this matter is greatly appreciated.

Respectfully submitted,

WILLIE ATKINS, TDCJ #1441701
Applicant/ Relator
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas  77705

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 17 2015
Abel Acosta, Clerk

IN THE

SUPREME COURT OF TEXAS

COURT OF CRIMINAL APPEALS

No. WR-74,886-01

Original Proceeding from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. W06-00566-X(A)

WILLIE ATKINS, TDCJ No. 1441701

EX PARTE

A.  PLAINTIFF'S THIRD APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT OF CRIMINAL APPEALS:

COMES NOW, WILLIE JAMES ATKINS, EX PARTE, Pro Se, in the above entitled and numbered cause, Pursuant to TEX.GOV'T Code Ann.§22.221-(a)(b) and T.C.C.P. Art. 11.07, Sections 3(d) and 7, and would respectfully show the following:

### B.  RELATOR EX PARTE

**1.01**  Willie James Atkins, TDCJ #1441701 is an offender incarcerated in the Texas Department of Criminal Justice (TDCJ), filing this THIRD application pro se, who can be located at Mark W. Stiles Unit - 3060 FM 3514 - Beaumont, Jefferson County, Texas 77705.

### C.  CASE HISTORY

**2.01**  On March 1, 2010, Applicant filed an ORIGINAL APPLICATION FOR Article 11.07 Writ Of Habeas Corpus, No. 74,886-01.

**2.02**  On April 6, 2010, convicting court decided that there were

1.

controverted, previously unresolved facts which are material to the legality of the applicant's confinement, and thereby signed "ORDER DESIGNATING ISSUES," appointing Catherine Bernhard as state's attorney to resolve the issues and prepare FINDINGS OF FACT and CONCLUSION OF LAW **for the Court,** pursuant to T.C.C.P. Art. 11.07, Sec. 3(d).

2.03 FURTHER STATING: The above named attorney **does not represent the applicant.** Applicant is not entitled to counsel at this time. No ORDERS were issued by the convicting court to provide applicant a copy of said findings.

2.04 Applicant's Original Application for Article 11.07 Writ of Habeas Corpus No. 74,886-01 was denied on 11-10-2010 by Court of Criminal Appeals without written orders based on the findings of the trial court.

### III.

### C. ARTICLE 11.07 TEXAS CODE OF CRIMINAL PROCEDURE

3.01 T.C.C.P. Article 11.07, Section 7, requires: "WHEN THE ATTORNEY FOR THE STATE FILES AN ANSWER MOTION, **OR OTHER PLEADING** RELATING TO AN APPLICATION FOR WRIT OF HABEAS COUPUS, THE CLERK OF THE COURT SHALL MAIL OR DELIVER TO THE APPLICANT A COPY OF THE ANSWER, MOTION, **PLEADING** or ORDER."

3.02 TO DATE, despite more than fifty (50) documented pages of requests to court clerks, officials, in addition to pleadings with the court, I have never received a copy of the State's FINDINGS OF FACT/ ANSWER, Motion, or Pleading of the Attorney appointed by the State, thus the STATE'S ATTORNEY. **(Please SEE APPENDIX).**

3.03 Had such documents been mailed or delivered to applicant by clerks, as required by statute, applicant would have received NOTICE from TDCJ Officials, requiring a RECORD of all such Legal Correspondence. No such record exists.

3.04 As is clear from Applicant's "ORIGINAL" and "SECOND" APPLICANTION FOR WRIT OF MANDAMUS, **(SEE APPENDIX),** that IN THE INTEREST OF JUSTICE, Applicant seeks information concerning the activity and findings of Application For Writ of Habeas Corpus No. 74,886-01, attempting to prove claims of ACTUAL INNOCENCE.

2.

**3.05** In any effort at FURTHER REDRESS THROUGH THE COURTS, the Applicant has the burden of rebutting the presumption of correctness by CLEAR and CONVINCING EVIDENCE of the convicting court's FINDINGS OF FACTS. **(See Richardson -v- Quarterman, 537 F3d 436, 472-73 (5th Cir.2008).** A burden made impossible without a copy of the REQUESTED FINDINGS OF FACTS/ANSWER.

**3.06** Plaintiff contends that Application for Writ of Habeas Corpus 74,886-01 was decided on an incomplete record submitted by State's Attorney.

**3.07** Evidence in COURT RECORDS will show, State's ORIGINAL and SUPPLEMENTAL RESPONSE to Application For Writ of Habeas Corpus No. 74,886-01, failed to INCLUDE THE DETAILS provided by Applicant in his SUPPLEMENTAL BRIEF TO WRIT OF HABEAS CORPUS, WITH PRO SE EXHIBITS.

**3.08** Said **OMITTED DETAILS** and **PRO SE EXHIBITS** were necessary for the EFFECTIVE, FAIR, and MEANINGFUL RESOLUTION of Article 11.07 Application. **(See Coppedge -v- United States, 369 U.S. 438 (1963).**

**3.09** On December 29, 2014, Applicant received confirmation from Texas State Law Library that Applicant's SUPPLEMENTAL BRIEF TO WRIT OF HABEAS CORPUS, with PRO-SE EXHIBITS are indeed on file, and could have been included in the State's Attorney ACKNOWLEDGEMENT/ ORIGINAL RESPONSE/ SUPPLEMENTAL RESPONSE at any time before file was forwarded to the Court of Criminal Appeals for FINAL JUDGMENT.

**3.10** IN ADDITION, NEWLY DISCOVERED EVIDENCE FAVORABLE TO THE DEFENSE, WITHHELD BY THE STATE will further support my claims for ACTUAL INNOCENCE, with a need for requested FINDINGS OF FACTS elevated to **URGENT-!**

IV.

## D. TEXAS GOVERNMENT CODE § 22.221. WRIT POWER

**4.01** Texas Government Code § 22.221 (a) States: Each court of appeals or justice of a court of appeals may **ISSUE A WRIT OF MANDAMUS** and all other writs necessary to enforce the jurisdiction of the court.

**(b)** Each court of appeals for a court of appeals district may issue all writ of mandamus, agreeable to the principles of law regulating those writs, against a:

**(1)** judge of a district or county court in the court of appeals district;

**(d)** Concurrently with the supreme court, the court of appeals of a court of appeals.

**4.02** Court Of Appeals Fifth District of Texas at Dallas, specifically cited LACK OF JURISDICTION as their SOLE GROUNDS for dismissal of Applicant' SECOND WRIT OF MANDAMUS **(See APPENDIX);** further citing court of criminal appeals jurisdiction for complaints related to a post-conviction petition for writ of habeas corpus. Id at 2.

## D.  PRAYER FOR RELIEF

**WHEREFORE PREMISES CONSIDERED,** Relator/ Applicant prays for an ORDER directing clerk for court of criminal appeals or clerk for convicting court, to mail or deliver to the applicant/ RELATOR, a copy of the ANSWER, MOTION, PLEADING AND ORDERS submitted from the ATTORNEY APPOINTED BY THE STATE to make FINDINGS OF FACTS AND CONCLUSIONS OF LAW, Mrs. Catherine Bernhard.

Respectfully submitted, on this 10th day of July, 2015,

WILLIE JAMES ATKINS, TDCJ #1441701
Relator/Plaintiff/Applicant Pro Se
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas  77705

THE STATE OF TEXAS                    §
COUNTY OF JEFFERSON                    §

## E.  UNSWORN DECLARATION

Pursuant to 28 U.S.C. § 1746 and § 132.001-132.003, Texas Civil Practice & Remedies Code, I declare under penalty of jerjury that the facts and allegations in the above THIRD APPLICATION FOR WRIT OF MANDAMUS are true and correct.

RELATOR

4.

IN THE

SUPREME COURT OF TEXAS

COURT OF CRIMINAL APPEALS

No. WR-74,886-01

TRIAL COURT CAUSE No. W06-00566-X(A)

---

## A. PLAINTIFF'S THIRD APPLICATION FOR WRIT OF MANDAMUS

---

Page | Date | APPENDIX (APX) TABLE OF CONTENT (pgs 01 - 52)

01-04 June 23, 2015 - ORDER - Fifth Court Of Appeals - DISMISS Petition For Writ Of Mandamus - Lack of Jurisdiction - (env attach). (04-pgs).

05-07 June 12, 2015 - WRIT - Plaintiff - Title Page (only) - Second Application Mandamus - (cover letter - env attach) (03-pgs).

08 June 12, 2015 - NOTICE - Fifth Court of Appeals - Case Filed No. 05-15-00746-CV PLAINTIFF'S SECOND APPLICATION FOR WRIT OF MANDAMUS. (01-pgs).

09-14 June 12, 2015 - WRIT - Copy of pleadings from - Fifth Court of Appeals - REF: PLAINTIFF'S SECOND APPLICATION FOR WRIT OF MANDAMUS with APPENDIX LIST (env attach). (06-pgs).

15-16 May 8, 2015 - LETTERS - Two Certified Cover Letters - From Plaintiff Willie Atins - To Gary Fitzsimmons, Dallas County Dist. Clerk.. - REF: File Mark/Date stamp (no response). (02-pgs).

17 May 8, 2015 - WRIT - Plaintiff - ORIGINAL APPLICATION MANDAMUS - Title Page (only) (No response - No file date). (01-pgs).

18-22 May 8, 2015 - WRIT - Plaintiff - ORIGINAL APPLICATION MANDAMUS with Proposed ORDER - with Attached EXHIBITS-A (18-pgs) - with Attached EXHIBIT-B (2-pgs). (No response - No file date). (25-pgs).

23-41 May 8, 2015 - WRIT - ATTACHED EXHIBITS-A - Letters - From Willie Atkins Plaintiff - To various Court Officials. (18-pgs).

42 May 8, 2015 - WRIT - ATTAHCED EXHIBIT-B - RESPONSE - From Texas State Law Library - To Willie Atkins, Plaintiff - (no copy available) (01-pgs).

43-51 June 2-16, 2015 - LETTERS/RESPONSE - Willie Atkins -and U.S. Postal Service Certified Mail TRACKING - REF: May 8, 2015 WRIT addressed to Gary Fitzsimmons, Dallas Co Dist Clerk. (09-pgs).

52 June 30, 2015- LETTER - From Willie Atkins - To State Counsel for Offenders. (01-pgs).

5.

Order entered June 23, 2015



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-15-00746-CV

IN RE WILLIE ATKINS, Relator

Original Proceeding from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. W069-00566-X(A)

## ORDER
Before Justices Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    DAVID EVANS
       JUSTICE

Dismiss; and Opinion Filed June 23, 2015.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00746-CV

## IN RE WILLIE ATKINS, Relator

Original Proceeding from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. W069-00566-X(A)

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Evans

Relator filed this petition for writ of mandamus requesting that the court order the district clerk, whom he identifies as Gary Fitzsimmons,[1] to provide relator with a copy of the trial court's findings of fact and conclusions of law with regard to his petition for writ of habeas corpus. The Court's power to issue a writ of mandamus is set forth in section 22.221 of the Texas Government Code. Because the Dallas County District Clerk is not a judge, the district clerk falls within the Court's mandamus jurisdiction only to the extent necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004) (writ power). This Court does not have jurisdiction over post-conviction habeas corpus proceedings relating to felony convictions. *See* TEX. CODE CRIM. P. ANN. art. 11.05 (West) (by whom writ may be granted). Therefore, this Court has no jurisdiction regarding any action by the Dallas County District Clerk

---

[1] As of January 1, 2015, Felicia Pitre is the district clerk.

with regard to habeas corpus proceedings. Rather, any complaints about action or inaction on a matter related to a post-conviction petition for writ of habeas corpus must be brought by mandamus to the court of criminal appeals and not to this Court. *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.–Houston [1st Dist.] 2001, orig. proceeding).

Because we lack jurisdiction, we **DISMISS** the petition.

/David Evans/
DAVID EVANS
JUSTICE

150746F.P05

A. PLAINTIFF'S SECOND APPLICATION FOR WRIT OF MANDAMUS

CAUSE NO. W06-00566-X(A)

```
|        TDCJ - INSTITUTIONAL DIVISION
|              OFFICIAL LAYIN PASS
|                ADMINISTRATIVE
|
| EFFECTIVE DATE: 06/29/2015
| FROM-TO TIME: 11:30-12:30
| START DATE: 06/29/2015 END DATE: 06/29/2015
|
| ADMIT: 01441701 ATKINS,WILLIE JAMES
|  REASON: MAIL/LEGAL        HOUSE: 4F32-64B
|
|  JOB: UTILITY GEN SQ 1ST A SIDE    06:00-14:00
|  EDUC:
|
|
| COUNTROOM: CNTRM
|
| TITLE: CNTRM
|
```



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202



02 1P          $ 00 .70⁵
0000856274    JUN 23 2015
MAILED FROM ZIP CODE 75201

CASE: 05-15-00746-CV
WILLIE ATKINS
#1441701
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TX 77705

777705087635 R014

PLAINTIFF/RELATOR/APPLICANT COPY

CAUSE NO. W06-00566-X(A)

| | | |
|---|---|---|
| WILLIE ATKINS, TDCJ No. 1441701 | § | IN THE FIFTH COURT OF APPEALS |
| Relator, | § | |
| | § | AT |
| V. | § | |
| | § | |
| GARY FITZSIMMONS, | § | DALLAS COUNTY, TEXAS. |
| Dallas County District Clerk | § | |
| In his Official Capacity, | § | |
| | § | |
| Respondant. | § | |

FILED IN
COURT OF APPEALS
JUN 1 2 2015
LISA MATZ
CLERK, 5th DISTRICT

---

## A. PLAINTIFF'S SECOND APPLICATION FOR WRIT OF MANDAMUS

---

TO THE HONORABLE JUDGES OF SAID COURT OF APPEALS:

COMES NOW, WILLIE JAMES ATKINS, Relator, Pro Se, in the above styled and numbered cause, and files this SECOND APPLICATION FOR WRIT OF MANDAMUS, Pursuant to Article 11.07, Sections 3(d) and Section 7 of the Texas Code of Criminal Procedure, and would show the court the following:

### B. RELATOR

1.01 Willie James Atkins, TDCJ #1441701 is an offender incarcerated in the Texas Department of Criminal Justice (TDCJ), filing this SECOND application pro se, who can be located at Mark W. Stiles Unit - 3060 FM 3514 - Beaumont, Jefferson County Texas, 77705.

1.02 Relator has hxhausted all remedies and has no other adequate remedy at law.

1.03 The Act sought to be compelled is ministerial in nature. T.C.C.P. Article 11.07 Section 3(d) allows if the convicting court decides that there are controverted, previously unresolved facts which are material to the legality of the applicant's confinement...The convicting court may appoint AN ATTORNEY TO MAKE FINDINGS OF FACT;

1.04 T.C.C.P. Article 11.07 Section 7 requires Respondant "WHEN THE ATTORNEY FOR THE STATE FILES AN ANSWER, MOTION, OR OTHER PLEADING RELATING TO AN APPLICATION

1.

June 9, 2015


FIFTH COURT OF APPEALS, Clerk
George L. Allen Sr. Courts Bldg., 2nd Fl.
600 Commerce Street
Dallas, Texas    75202

REF:        WILLIE ATKINS -v- GARY FITZSIMMONS - Cause No. W06-00566-X(A)
            Writ Of Mandamus - Criminal District Court No. 6 - Dallas County

Dear Honorable Clerk,

GREETINGS:

Please find enclosed, the ORIGINAL for the Court and 1-page copy for

Plaintiff, of  A.  **PLAINTIFF'S SECOND APPLICATION FOR WRIT OF MANDAMUS**,  with

attached APPENDIX.

Will you please file the ORIGINAL with the Court, and FILE-MARK/ DATE STAMP

Plaintiff's 1-page copy, and return in the enclosed S.A.A.E. for my records.

Your assistancrein this matter is GREATLY APPRECIATED.


Respectfully submitted,


WILLIE ATKINS, #1441701
Plaintiff Pro Se
Mark W. Stiles/Unit
3060 FM 3514
Beaumont, Texas    77705

A. PLAINTIFF'S SECOND APPLICATION FOR WRIT OF MANDAMUS

CAUSE NO. WOG-00566-X(A) CASE: 05-15-00746-CV

FIFTH COURT OF APPEALS, Clerk
George L. Allen Sr. Courts Bldg., 2nd Fl.
600 Commerce Street
Dallas, Texas 75202

LEGAL MAIL

NORTH TEXAS TX PROC
DALLAS TX 750
16 JUN 2015 PM 2 L

FOREVER

LEGAL MAIL

4F3·64

WILLIE ATKINS, #1441701
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

7705763560

CAUSE NO. <u>W06-00566-X(A)</u>

---

## A. PLAINTIFF'S SECOND APPLICATION FOR WRIT OF MANDAMUS

---



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

RE: Case No. 05-15-00746-CV

Style: In Re: Willie Atkins

Today the Court filed an original proceeding in the above referenced cause.

Trial Court Case No. W069-00566-X(A)                                    Lisa Matz, Clerk

WILLIE ATKINS
#1441701
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TX 77705

FILED IN
COURT OF APPEALS

JUN 1 2 2015

LISA MATZ
CLERK, 5th DISTRICT

CAUSE NO. W06-00566-X(A)

WILLIE ATKINS, TDCJ No. 1441701    §

     Relator,    §

     §

V.    §

     §

GARY FITZSIMMONS,    §
Dallas County District Clerk
In his Official Capacity,    §

     §

     Respondant.    §

IN THE FIFTH COURT OF APPEALS

AT

DALLAS COUNTY, TEXAS

---

## A.  PLAINTIFF'S SECOND APPLICATION FOR WRIT OF MANDAMUS

---

TO THE HONORABLE JUDGES OF SAID COURT OF APPEALS:

COMES NOW, WILLIE JAMES ATKINS, Relator, Pro Se, in the above styled and numbered cause, and files this SECOND APPLICATION FOR WRIT OF MANDAMUS, Pursuant to Article 11.07, Sections 3(d) and Section 7 of the Texas Code of Criminal Procedure, and would show the court the following:

### B.  RELATOR

1.01  Willie James Atkins, TDCJ #1441701 is an offender incarcerated in the Texas Department of Criminal Justice (TDCJ), filing this SECOND application pro se, who can be located at Mark W. Stiles Unit - 3060 FM 3514 - Beaumont, Jefferson County Texas, 77705.

1.02  Relator has exhausted all remedies and has no other adequate remedy at law.

1.03  The Act sought to be compelled is ministerial in nature, T.C.C.P. Article 11.07 Section 3(d) allows if the convicting court decides that there are controverted, previously unresolved facts which are material to the legality of the applicant's confinement...The convicting court may appoint AN ATTORNEY TO MAKE FINDINGS OF FACT;

1.04  T.C.C.P. Article 11.07 Section 7 requires Respondant "WHEN THE ATTORNEY FOR THE STATE FILES AN ANSWER, MOTION, OR OTHER PLEADING RELATING TO AN APPLICATION

1.

FOR WRIT OF HABEAS CORPUS, THE CLERK OF THE COURT SHALL <u>MAIL OR DELIVER TO THE</u>

<u>APPLICANT A COPY OF THE ANSWER, MOTION, PLEADING, OR ORDER.</u>"

1.05 To date, Respondant has not mailed, or delivered to Relator a copy of ANSWER, MOTION, OR PLEADING OF THE ATTORNEY APPOINTED BY THE STATE TO MAKE FINDINGS OF FACTS.

1.06 Had such documents been mailed or delivered to Relator by Respondant as required by statute, Relator would have received NOTICE from TDCJ Officials, requiring a RECORD of all such Legal Correspondence. No such record exists.

## C. RESPONDANT - II

2.01 Respondent, Gary Fitzsimmon in his Official Capacity as District Clerk of Dallas County, Texas has a ministerial duty to receive and file all papers in a CRIMINAL PROCEEDING, and perform ALL OTHER DUTIES imposed on the Clerk by law pursuant to T.C.C.P. Art. 2.21.

2.02 If the convicting court decides there are issues to be resolved, Respondent Gary Fitzsimmons is responsible under T.C.C.P. Section 7, to mail or deliver to the Applicant a copy of the ANSWER, MOTION, PLEADING. or ORDER, relating to Relators Application For Writ Of Habeas Corpus.

2.03 Gary Fitzsimmons, District Clerk, Dallas County may be served at his place of business at George L. Allen, Sr. Courts Bldg., - 600 Commerce St., 1st Fl.,- Dallas, Texas 75202-4606 - (214)65307149.

## III.
## D. <u>VIOLATION OF ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE</u>

3.01 The Respondent violated Article 11.07 Section 7, of the Texas Code of Criminal Procedure by failing to provide a copy of the FINDINGS OF FACT, ANSWER, MOTION, or PLEADING OF THE ATTORNEY APPOINTED BY THE STATE, <u>thus the State's Attorney.</u>

3.02 REPEATED REQUESTS for correspondence relating to APPLICATION FOR WRIT OF HABEAS CORPUS No. 74,886-01 have been made via CERTIFIED MAIL, RETURN RECEIPT REQUESTED, to Respondant and OTHER OFFICIALS, as evidenced by ATTACHED APPENDIX, with

2.

no reply received from Respondent.

3.03 As is clear from Relator's ORIGINAL APPLICATION FOR WRIT OF MANDAMUS, (See APPENDIX), that IN THE INTEREST OF JUSTICE, Relator seeks information concerning the activity of Application For Writ Of Habeas Corpus No. 74,886-01, attempting to prove claims of ACTUAL INNOCENCE.

3.04 The Applicant has the burden of rebutting the presumption of correctness by CLEAR and CONVINCING EVIDENCE of the convicting court's FINDINGS OF FACTS. (See Richardson -v- Quarterman, 537 F3d 436, 472-73 (5th Cir.2008). A burden made impossible without a copy of the REQUESTED Findings Of Facts Answer.

3.05 Plaintiff contends that Application for Writ of Habeas Corpus 74,886-01 was decided on an incomplete record submitted by State's Attorney.

3.06 Evidence in COURT RECORDS will show, State's ORIGINAL and SUPPLEMENTAL RESPONSE/ANSWER to Application For Writ of Habeas Corpus No 74,886-01, failed to INCLUDE THE DETAILS provided by Applicant in his SUPPLEMENTAL BRIEF TO WRIT OF HABEAS CORPUS, with PRO SE EXHIBITS.

3.07 Said OMITTED DETAILS and PRO SE EXHIBITS were necessary for the EFFECTIVE, FAIR, and MEANINGFUL RESOLUTION of Article 11.07 Application. (See Coppedge -v- United States, 369 U.S. 438 (1963).

3.08 Article 11.07, Section 3(d) clearly states: "THE CONVICTING COURT MAY APPOINT AN ATTORNEY TO MAKE FINDINGS OF FACT;" Section 7 clearly states "

3.09 Article 11.07, Section 7 clearly states: " THE CLERK OF THE COURT SHALL MAIL OR DELIVER TO THE APPLICANT A COPY OF THE ANSWER, MOTION, PLEADING, OR ORDER."

3.10 Respondent has WHOLLY FAILED TO COMPLY WITH REPEATED REQUESTS, is acting in bad faith, and has also failed to provide any written response to CORRESPONDENCE, CERTIFIED MAIL RECEIPTS or FILE-MARK/ DATE-STAMP of Relator's copy of pleadings.

3.11 FINALLY, on December 29, 2014, Relator received cost estimate from the Texas State Law Library for copies of WR-74,886-01 related documents of $ 129.49.

(See APPENDIX).

## D. PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, Relator prays for an ORDER directing RESPONDANT

to mail or deliver to the applicant/ RELATOR, a copy of the ANSWER, MOTION, &

PLEADING and ORDERS of the ATTORNEY APPOINTED BY THE STATE to make FINDINGS OF

FACTS and CONCLUSIONS OF LAW, Mrs. Catherine Bernhard.

Respectfully submitted, on this 9th day of June, 2015,

WILLIE JAMES ATKINS, TDCJ #1441701
Relator/Plaintiff/Applicant Pro Se
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas  77705

THE STATE OF TEXAS       §
                               §
COUNTY OF JEFFERSON     §

## E. UNSWORN DECLARATION

Pursuant to 28 U.S.C. § 1746 and § 132.001 - § 132,003, Texas Civil Practice

& Remedies Code, I declare under penalty of perjury that the facts and allegations

in th above APPLICATION FOR WRIT OF MANDAMUS are true and correct.

RELATOR

4.

00566-X(A)

CAUSE NO.  W06-00566X(A)

| | | |
|---|---|---|
| WILLIE ATKINS, TDCJ No. 1441701 | § | |
| | § | IN THE FIFTH COURT OF APPEALS |
| Relator, | § | |
| | § | |
| V. | § | AT |
| FITZSIMMONS | § | |
| GARY FITZSIMMONS, | § | |
| Dallas County District Clerk | § | DALLAS COUNTY, TEXAS |
| In his Official Capacity, | § | |
| | § | |
| Respondant. | § | |

---

## A.  PLAINTIFF'S SECOND APPLICATION FOR WRIT OF MANDAMUS

---

## " APPENDIX "

1.  Plaintiff's Original Application For Writ Of Mandamus, with proposed ORDER, (5-Pages);

    Exhibit
2.  Exhibit "A",  List Of Letters submitted with ORIGINAL APPLICATION, (1-Page);

3.  Exhibit "B",  List of Response Letter submitted with ORIGINAL APPLICATION, (1-Page);

4.  May 8, 2015  Cover Letter REF ORIGINAL APPLICATION, Certified Mail, Return Receipt Requested #7008-1140-0001-8238-6782, (1-Page);
    0001-

5.  May 8, 2015  Cover Letter REF ORIGINAL APPLICATION, Certified Mail, Return Receipt Requested #7008-1140-0001-8238-6775, (1-Page);
    6775

5.



UNITED STATES POSTAGE
PITNEY BOWES

02 1P          $ 001.14⁵
0000856274    JUN 15 2015
MAILED FROM ZIP CODE 75201



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

CASE: 05-15-00746-CV
WILLIE ATKINS
#1441701
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TX 77705



May 8, 2015

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
#7008-1140-0001-8238-6783
6775

Mr. Gary Bitzsimmons,
Dallas County District Clerk
George Allen, Sr. Courts Bldg
600 Commerce St. 1st Floor
Dallas, Texas  75202-4606

REF:  WILLIE JAMES ATKINS -v- GARY FITZSIMMONS - Cause No W06-00566XX(A)
      CriminalXDistrict Court No. 6 - Dallas County, Texas


DearXHonorable Clerk,

GREETINGS:

        Please find enclosed 1-copy for DEFENDANT of PLAINTIFF'S

ORIGINAL APPLICATION FOR WRIT OF MANDAMUS for your records.


        Thank you for your assistance in this matter.

Respectfully submitted,


Willie Atkins, #1441701
Plaintiff Pro Se
Mark W. Stiles Unit
3060 FM 3314
Beaumont, Texas  77705

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 2.53 |
| Certified Fee | $ 3.30 |
| Return Receipt Fee (Endorsement Required) | $ 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.53 |

(49¢X17)+(20¢X1)

Postmark
Here

Sent To
Gary Fitzsimmons, Dallas Co DIST Clerk
Street, Apt. No.; or PO Box No. 600 Commerce St 1st Floor
City, State, ZIP+4 Dallas, TX 75202-4606

PS Form 3800; August 2006          See Reverse for Instructions

7008 1140 0001 8238 6775

May 8, 2015                          CERTIFIED MAIL, RETURN RECEIPT REQUESTED
                                     #7008-1140-0001-8238-6782

Mr. Gary Fitzsimmons,
Dallas County District Clerk
George Allen, Sr. Courts Bldg
600 Commerce St. 1st Floor
Dallas, Tecas  75202-4606

REF: WILLIE JAMES ATKINS -v- GARY FITZSIMMONS - Cause No W06-00566-X(A)
     Criminal District Court No. 6 - Dallas County, Texas

Dear Homorable Clerk,

GREETINGS:

Please find enclosed Original for the Court and 1-page copy

for RELATOR/ APPLICANT/ PLAINTIFF with S.A.S.E. (Self addressed stamped

envelope)   PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS.

Will you please file the ORIGINAL with the court, and file mark/

date stamp 1-page copy for Applicant's records and return in the

enclosed S.A.S.E.

Your assistance in this matter is greatly appreciated.

Respectfully submitted,

Willie Atkins, #1441701
Plaintiff Pro Se
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas  77705

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.70 |
| Certified Fee | $ 3.30 |
| Return Receipt Fee (Endorsement Required) | $ 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $8.70 |

Postmark Here

Sent To  Gary Fitzsimmons, Dallas Co. Dist Clerk
Street, Apt. No.; or PO Box No.  600 Commerce St. 1st Floor
City, State, ZIP+4  Dallas, TX  75202-4606

PS Form 3800, August 2006          See Reverse for Instructions

CAUSE NO. __W06-00566-X(A)__

| | | |
|---|---|---|
| WILLIE ATKINS, TDCJ No. 1441701 | § | IN THE CRIMINAL DISTRICT |
| | § | |
| Relator, | § | |
| | § | COURT NO. 6, OF |
| V. | § | |
| | § | |
| GARY FITZSIMMONS, | § | DALLAS COUNTY, TEXAS |
| Dallas County District Clerk | § | |
| In his Official Capacity, | § | |
| | § | |
| Respondant. | § | |

## A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WILLIE JAMES ATKINS, Relator, Pro Se, in the above styled and numbered cause, and files this ORIGINAL APPLICATION FOR WRIT OF MANDAMUS, Pursuant to Article 11.07, Sections 3(d) and Section 7 of the Texas Code of Criminal Procedure, and would show the court the following:

## B. RELATOR

1.01  Willie James Atkins, TDCJ #1441701 is an offender incarcerated in the Texas Department of Criminal Justice (TDCJ), filing this application pro se, who can be located at Mark W. Stiles Unit - 3060 FM 3514 - Beaumont, Jefferson County, Texas-77705.

1.02  Relator has exhausted his remedies and has no other adequate remedy at law.

1.03  The Act sought to be compelled is ministerial, not discretionary in nature. T.C.C.P. Article 11.07 Section 3(d) allows if the convicting court decides that there are controverted, previously unresolved facts which are material to the legality of the applicant's confinement...The convicting court may appoint AN ATTORNEY TO MAKE FINDINGS OF FACT;

1.04  T.C.C.P. Article 11.07 Section 7 requires Respondant "WHEN THE ATTORNEY FOR THE STATE FILES AN ANSWER, MOTION, OR OTHER PLEADING RELATING TO AN APPLICATION

1.

CAUSE NO. __W06-00566-X(A)__

| | | |
|---|---|---|
| WILLIE ATKINS, TDCJ No. 1441701 | § | IN THE CRIMINAL DISTRICT |
| Relator, | § | |
| | § | COURT NO. 6, OF |
| V. | § | |
| GARY FITZSIMMONS, | § | DALLAS COUNTY, TEXAS |
| Dallas County District Clerk | § | |
| In his Official Capacity, | § | |
| Respondant. | § | |

---

**A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WILLIE JAMES ATKINS, Relator, Pro Se, in the above styled and numbered cause, and files this ORIGINAL APPLICATION FOR WRIT OF MANDAMUS, Pursuant to Article 11.07, Sections 3(d) and Section 7 of the Texas Code of Criminal Procedure, and would show the court the following:

RELATOR

~~XB. **RELATER**~~

1.01 Willie James Atkins, TDCJ #1441701 is an offender incarcerated in the Texas Department of Criminal Justice (TDCJ), filing this application pro se, who can be located at Mark W. Stiles Unit - 3060 FM 3514 - Beaumont, Jefferson County, Texas- 77705.

1.02 Relator has exhausted his remedies and has no other adequate remedy at law.

1.03 The Act sought to be compelled is ministerial, not discretionary in nature. T.C.C.P. Article 11.07 Section 3(d) allows if the convicting court decides that there are controverted, previously unresolved facts which are material to the legality of the applicant's confinement...The convicting court may appoint AN ATTORNEY TO MAKE FINDINGS OF FACT;

1.04 T.C.C.P. Article 11.07 Section 7 requires Respondant "WHEN THE ATTORNEY FOR THE STATE FILES AN ANSWER, MOTION, OR OTHER PLEADING RELATING TO AN APPLICATION

1.

for WRIT OF HABEAS CORPUS, THE CLERK OF THE COURT SHALL <u>MAIL OR DELIVER TO THE APPLICANT</u> <u>A COPY OF THE ANSWER, MOTION, PLEADING, OR ORDER"</u>.

1.05   To date, Respondant has not mailed, or delivered to Relator a copy of ANSWER, MOTION, OR PLEADING OF THE **ATTORNEY APPOINTED BY THE STATE TO MAKE FINDINGS** FINDINGS OF FACTS.

1.06   Had such documents been mailed or delivered to Relator by Respondant as required by statute, Relator would have received NOTICE from TDCJ Officials, requiring a RECORD of all such Legal Correspondence.   No such record exists.

## C.   <u>RESPONDANT - II</u>

2.01   Respondent, Gary Fitzsimmon in his Capacity as District Clerk of Dallas County, Texas has a ministerial duty to receive and file all papers in a CRIMINAL PROCEEDING, and perform ALL OTHER DUTIES imposed on the Clerk by law pursuant to T.C.C.P. T.CC.P. Art. 2.21.

2.02   If the convicting court decides there are issues to be resolved, Respondent Gary Fitzsimmons is responsible under T.C.C.P. Section 7, to mail or deliver to the Applicant a copy of the ANSWER, MOTION, PLEADING, or ORDER, relating to Relators Application For Writ of Habeas Corpus.

2.03   Gary Fitzsimmons, District Clerk, Dallas County may be served at his place of business at George L. Allen, Sr. Courts Bldg., - 600 Commerce St., 1st Flr - Dallas, Texas 75202-4606 (214)653-7149.

## III.

## D.   <u>VIOLATION OF ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE</u>

3.01   The Respondent violated Article 11.07 Section 7 of the Texas Code of Criminal Procedure by failing to provide a copy of the FINDINGS OF FACT, ANSWER, MOTION, OR PLEADING OF THE ATTORNEY APPOINTED BY THE STATE, thus the State's Attorney.

3.02   Repeated requests for correspondence relating to application for writ habeas corpus have been made via Certified Mail, Return Receipt Requested, by Relator to Respondant  and OTHER OFFICIALS, as evidenced by ATTACHED EXHIBIT " A ", with no

2.

reply received from Respondent.

3.03 As is clear from Relator's letters, IN THE INTEREST OF JUSTICE, Relator seeks information concerning activity of Application for Writ Of Habeas Corpus in an effort to prove claims of ACTUAL INNOCENSE.

3.04 State's Response and State's Supplemental Response To Application For Writ Of Habeas Corpus failed to include FACTS contained in APPLICANT'S SUPPLEMENTAL BRIEF FOR WRIT OF HABEAS CORPUS. As such, any FINDINGS OF FACTS AND CONCLUSION OF LAW submitted to the Court of Criminal Appeals for review, was based on an incomplete, and inacurate ANSWER FROM THE STATE'S ATTORNEY.

3.05 The State Court's/ Convicting Court's findings of FACT are PRESUMED CORRECT, and the Applicant has the burden of rebutting this presumption of correctness by CLEAR AND CONVINCING EVIDENCE. (See Richardson -v- Quartermen, 537 F3d 436, 472-73- (5th Cir.2008). A BURDEN made impossible without requested FINDINGS OF FACTS.

3.06 Application for Writ of Habeas Corpus WR-74,886-01 was decided on an incomplete record. Said OMITTED RECORDS and PRO SE EXHIBITS were necessary for the EFFECTIVE, FAIR, and MEANINGFUL RESOLUTION of Article 11.07 Application. (See Coppedge- -v- UNITED STATES, 369 U.S. 438 (1963).

3.07 Article 11.07 Section 3(d) clearly states"THE CONVICTING COURT MAY APPOINT AN ATTORNEY TO MAKE FINDINGS OF FACT". Article 11.07 Section 7 clearly states: " THE CLERK OF THE COURT SHALL MAIL OR DELIVER TO THE APPLICANT A COPY OF THE ANSWER, MOTION, PLEADING, OR ORDER."

3.08 Relator has gone well beyond any requirement or obligations imposed upon him by the Texas Code of Criminal Procedure. In contrast to Relator's efforts, Respondent has WHOLLY FAILED TO COMPLY WITH REPEATED REQUESTS, is acting in bad faith, and has also failed to afford Relator the PROFESSIONAL and COMMON COURTESY of any written responses to his correspondence.

3.09 FINALLY, on 29 December 2014, Relator received cost estimate of $129.49 from the Texas State Law Library for copies of WR-74,886-01 related documents.

3.

(See EXHIBIT - " B ").

## D. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Relator prays for an ORDER directing Respondant to mail or deliver to the applicant, a COPY OF THE ANSWER, MOTION, PLEADING and ORDERS OF THE ATTORNEY APPOINTED BY THE STATE TO MAKE FINDINGS OF FACTS and CONCLUSIONS OF LAW, Mrs Catherine Bernhard.


Respectfully submitted, on this the 8th day of MAY, 2015,

#1441701

WILLIE JAMES ATKINS, TDCJ #1441701
Relator Pro Se
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas  77705

THE STATE OF TEXAS

COUNTY OF JEFFERSON

## E. UNSWORN DECLARATION

Pursuant to 28 U.S.C. § 1746 and § 132.001 - § 132.003, Texas Civil Practice & Remedies Code, I declare under penalty of perjury that the facts and allegations in the above APPLICATION FOR WRIT OF MANDAMUS are true and correct.

#1441701
RELATOR

## F. CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above APPLICATION FOR WRIT OF MANDAMUS was served on GARY FITZSIMMONS, DALLAS COUNTY DISTRICT CLERK, by placing a copy in the Stiles Unit U.S. Mail collection box, addressed to:  GARY FITZSIMMONS, District Clerk - George L. Allen, Sr. Courts Bldg., - 600 Commerce St. 1st Fl., - Dallas, TX- 75202-4606, on this the 8th day of MAY, 2015.

RELATOR

4.

CAUSE NO.  W06-00566-X(A)

| | | |
|---|---|---|
| WILLIE ATKINS, TDCJ No. 1441701 | § | IN THE CRIMINAL DISTRICT |
| Relator, | § | |
| | § | COURT NO. 6, OF |
| V. | § | |
| GARY FITZSIMMONS, | § | DALLAS COUNTY, TEXAS |
| Dallas County District Clerk | § | |
| In his Official Capacity, | § | |
| Respondant. | § | |
| | § | |

## ORDER

On this day, came on to be heard the foregoing Relator's Application for Writ of Mandamus and it appears to the Court that the same should be:

GRANTED_____

IT IS THEREFORE ORDERED THAT the District Clerk shall immediately mail or deliver to the Applicant/Relator, a copy of THE ANSWER, MOTION, PLEADING and/or ORDERS, INCLUDING FINDINGS OF FACTS REPORT prepared by Attorney Catherine Bernhard under ORDERS of Trial Court.

SIGNED on this the _____ day of _____, 2015.

_____
PRESIDING JUDGE

5.

CAUSE NO. <u>W06-00566-X(A)</u>

WILLIE ATKINS, TDCJ No. 1441701 §

— Relator, §

§ IN THE CRIMINAL DISTRICT

§

V. §

§ COURT NO. 6, OF

GARY FITZSIMMONS, §
Dallas County District Clerk §
In his Official Capacity, § DALLAS COUNTY, TEXAS

§

Respondant. §

---

A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

---

EXHIBIT

" A "

LETTERS (14-Pages)

1. May 4, 2010 - From Willie Atkins - To Gary Fitzsimmons - Certified Mail, #7008-1300-0001-4318-2538; (1-page);

2. June 1, 2010 - From Willie Atkins - To Gary Fitzsimmons - Certified Mail, #7008-1300-0001-4318-4440; (2-pages);

3. July 9, 2010 - From Willie Atkins - To Louise Pearson (1 of 2 pages);

4. July 14, 2010 - Response from Louise Pearson - TO Willie Atkins - With Attachments- (3-Pages);

5. August 13, 2010 - From Willie Atkins - To Gary Fitzsimmons (1-Page);

6. August 13, 2010 - From Willie Atkins - To Jerry Baker (1-Page);

7. August 13, 2010 - From Willie Atkins - To Records Section - With Attachment- (2-pages);

8. November 6, 2010 - From Willie Atkins - To Louise Pearson (2-Pages);

9. June 22, 2011 - From Willie Atkins - To Janice Eidd Records Service (1-page);

10. June 22, 2011 - From Willie Atkins - To Records Research and Retrieval Services With Attachment - (2-pages)

11. December 4, 2014 - From Willie Atkins - To Texas State Law Library (1-page) -

Certified Mail, Return Receipt Number
7008-1300-0001-4318-2538

May 4, 2010

Mr. Gary Fitzsimmons
Dallas County District Clerk
Frank Crowley Courts Building
133 North Industrial Blvd., LB 12
Dallas, Texas    75207-4399

RE:  W06-00566-X(A)

Ex Parte:  WILLIE JAMES ATKINS

Dear District Clerks Office,

Greetings:

On April 19, 2010, I mailed to your office Applicant's Supplemental Brief to Application For Writ Of Habeas Corpus, as well as Pro-Se Exhibits, which were signed as received by your office on 4-23-2010, Certified Article Number- 7008-1300-0001-4318-2491.

I also included in said mailing, a copy of the Cause Number Page as well as the Certificate of Service Page to be filed marked and date stamped and returned to me as the Applicant. I thought I included a self addressed stamped envelope..

Will you please mail to me the above referenced pages in the enclosed, self addressed, stamped envelope. Thanks for your help.

Sincerely,

WILLIE JAMES ATKINS
TDCJ #1441701
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, Texas   77868

THIRD REQUEST

June 1, 2010

Certified Mail, Return Receipt Number

7008-1300-0001-4318-4440

Mr. Gary Fitzsimmons
Dallas County District Clerk
Frank Crowley Courts Building
133 North Indistrial Blvd., LB 12
Dallad, Texas 7520704399

REFERENCE: W06-00566-X(A) / Ex Parte WILLIW JAMES ATKINS

Dear District Clerks Office,

Greetings:

On April 19, 2010, I mailed to your office documents entitled Motion For Leave Of Court To File Applicant's Supplemental Brief to Application For Writ Of Habeas Corpus, as well as Pro-Se Exhibits, which were signed as received by your office onb 4-23=2010, Certified Article Number 7008-1300-0001-4318-2491. I included a second copy of the Title/Cause Number page, Certificate of Service Page, as well as a stamped, self addressed envelope in order to have same fileddate stamped and returned.

ADDITIONALLY, on May 4, 2010, I mailed a second request for the above listed information which was signed by your office as received on May 5, 2010, Certified Article Number 7008-1300-0001-4318-2538, which also included a self addressed, stamped envelppe. Unfortunitately, tosdate, I have not received same.

Will you please mail to thethe above referenced pages in the previously enclosed, self addressed, stamped envelopes. URGENT. Thanks for your assistance in this matter.

Sincerely,

WILLIE JAMES ATKINS #1441701
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, Texas 77868

2/2

P.S.

      Also, will you please provide the following information for my records:

FILE DATE FOR THE FOLLOWING:

1. Original Application for Writ Of Habeas Corpus;_____

2. ProSSe Motion for Extension Of Time To File Supplemental Brief For

    Writ Of Habeas Corpus.——_____;

3. MotionmFor Leave Of Court To File Applicant's Supplemental Brief to

App    Application For Writ Of Habeas Corpus._____;

July 9, 2010

Mrs. Louise Pearson, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Reference: W06-00566-X(A) / Ex Parte Willie James Atkins

To the Honorable Court of Criminal Appeals,

Greetings:

Dear Madam Clerk, comes now the Applicant Pro-Se in the above entitled and numbered cause begging the Honorable Court for mercy and assistance in my repeated attempts to receive requested documents from the Dallas County District Clerk.

Specifically, the Title page and Cause Number pages of the document entitled Motion for Leave of Court to File Applicant's Supplemental Brief to Application for Writ of Habeas Corpus. I included a second copy of said requested documents with a self addressed stamped envelope, requesting same be file marked, date stamped and returned. I have made a total of three seperate requests with no success to date.

Please find enclosed a copy of the third request made to date. It is my prayer that you will show compassion and mercy to assist by either contacting said District Clerks Office on my behalf, or with any comments from your advice.

Thank you for any help that you are able to provide in this urgent matter.

Sincerely,

WILLIE JAMES ATKINS #1441701
Wallace Pack Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 13 2010

Louise Pearson, Clerk



**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
   JUDGES

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

July 14, 2010

Willie James Atkins TDCJ#1441701
Pack Unit
2400 Wallace Pack Rd
Navasota, Texas 77868

Dear Mr. Atkins:

This Court is in receipt of your above referenced letter. After a thorough search of our records we find that you do not have any proceedings before this Court at this time. Therefore, we are returning your documents for your convenience.

Please be advised that neither the Judges nor the staff of the Court can give legal advice. We recommend you contact Inmate Legal Services at the Texas Department of Criminal Justice, Institutional Division.

Sincerely,

Louise Pearson
Clerk

Enclosure

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

EHXPS31 77868

Willie James Atkins TDCJ#1441701
Pack Unit
2400 Wallace Pack Rd
Navasota, Texas 77868

PRESORTED
FIRST CLASS

02 1R
0006558486
MAILED FROM ZIP CODE 78701

UNITED STATES POSTAGE
$ 00.357
PITNEY BOWES
JUL 15 2010

8-29

## NOTIFICATION TO COME BY MAIL ROOM

_____Pack_____ UNIT

Inmate Name Atkins, Willie     Date 7-19-10

Inmate No. 144 1701

The above named inmate is required to come to the mail room
7-20-10     1:30
(Date and Time)

regarding the following matter:

_____ Questionable Correspondence
_____ Questionable Publication
_____ Package
___✓___ Legal, Special, or Media Correspondence
_____ Other

Inmate's Signature _____ Date 7-20-10



Notifying
Officer's Signature _____
Original—Return to unit mail room.
Copy—Give completed copy to inmate.          ☆I-152

COPY COURT OF CRIMINAL APPEALS

June 1, 2010

**THIRD REQUEST**
Certified Mail, Return Receipt Number
7008-1300-0001-4318-440

Mr. Gary Fitzsimmons
Dallas County District Clerk
Frank Crowley Courts Building
133 North Industrial Blvd., LB 12

Reference:  W06-00566-X(A) / Ex Parte WILLIE JAMES ATKINS

Dear District Clerks Office,

Greetings:

On April 19, 2010, I mailed to your office documents entitled Motion For Leave Of Court To File Applicant's Supplemental Brief to Application For Writ Of Habeas Corpus, as well as Pro-Se Exhibits, which were signed as received by your office on 4-23-2010, Certified Article Number 7008-1300-0001-4318-2491. I included a second copy of the Title/Cause Number page, Certificate of Service page, as well as a stamped, self addressed envelope in order to have same filed date stamped and returned.

ADDITIONALLY, ON May 4, 2010, I mailed a second request for the above listed information which was signed by your office as received on May 5, 2010, Certified Article Number 7008-1300-0001-4318-2538, which also included a self addressed, stamped envelope.  Unfortunately,  to date, I have not received same.

Will you please mail to me the above referenced pages in the enclosed, self addressed, stamped envelopes.  **URGENT.**  Thanks for your assistance in this matter.

Sincerely,

WILLIE JAMES ATKINS #1441701
Wallace Pack Unit
2400 Wallace Park Road
Navasota, Texas  77868

P.S.      Also, will you please provide the following information for my records:
FILE DATE FOR THE FOLLOWING:

1.    Original Application for Writ Of Habeas Corpus:_____

2.    Pro-Se Motion for Extension Of Time To File Supplemental Brief For

      Writ Of Habeas Corpus._____ ;

3.    Motion For Leave Of Court To File Applicant's Supplemental Brief To

      Application For Writ Of Habeas Corpus._____ .

August 13, 2010


Mr. Gary Fitzsimmons
Dallas County Diatrict Clerk
FrankFloor, George K. Allen Sr. Courts Bldg.
XXXXXXXXXXXXXXXXXXXXXX..600 Commerce St.
Dallas, Texas   75202


Ref:   W06-00566-X(A) / EX PARTE WILLIE JAMES ATKINS

Dear District Clerk,

Greetings:

On April 19, 2010, I mailed to the Clerks office documents entitled Motion For Leave Of Court to File Applicant's Supplemental Brief to Application For Writ of Habeas Corpus, as well as Pro-Se Exhaibits, which were sighed as IK Receoved on 4-23-2010, Certified Article Number 7008=1300=0001=431902401. I included a second copy of the Title and Cause Nuber Page-1, Certificate of Service page, as well as a stamped, self addressed envelppe in order to have daid pages file marked and date stamped , and then returned.

Additionally, on May 4, 2010, I mailed a second request for the above listed infprmation wich was signed as received on May 5, 2010, Certified Article Number 7008-1300-0001-4318-2538, which also included a self addressed, stamped envelppe. On

Additionally, on June 1, 2010, I mailed a third request for the above listed information which was signed as received on June 4, 2010, Certified Article Nubber 7008-1300-0001-4318-4440, which also included a self addressed, stamped envelppe. Unfortunately, to date, I have not receiced aame.

Will you please mail to be the above referenced pages in the enclosed, self addressed,estamped envelopes. URGENT. Thanks for your assistance in this matter.

Sincerely,

WILLIE JAMES ATKINS #1441701
Wallace Pack-1 Unit
2400 Wallace Pack Rd.
Navasota, TX. 77868

P.S.        Also, will you please prooide the following infermationinformation:

1. Original Application for Writ Of Habeas Corpus;_____

2. Pro-Se Notion for Extension Of Time to File Supplemental Brief For Writ Of Habeas Corpus_____:

August 13, 2010


Mr. Jerry Baker,
Criminal Courts Coordinator - 6
6th Fl., Frank Crowley Courts Bldg., LB 11
ββ¾ββaN. Industrial Blvd
Dallas, TX, 75208

REF: W06-00566-X(A) / EX PARTE WILLIE JAMES ATKINS

Dear Mr. Court Coordinator,

Greetings:

On April 19, 2010, I mailed to the District Clerks office documents entitled Motion For Leave Of Court to File Applicant's Supplemental Brief to Application For Writ of Habeas Corpus, as well as Pro-Se Exhibits, which were signed as received on 4-23-2010, Certified Article Number 7008-1300-0001-4318-2491. I included a second copy of the Title Cause Number Page-1, Certificate of Service page, as well as a stamped, self addressed envelope in order to have said pages file marked, date stamped and returned.

Additionally, on May 4, 2010, I mailed a second request for the above listed information which was signed as received on May 5, 2010, Certified Article Number 7008-1300-0001-4318-2440, which also included a self addressed, stamped envelope.

Additionally, on June 1, 2010, I mailed a third request for the above listed information which was signed as received on June 5, 2010, Certified Article Number 7008-1300-0001-4318-4440, which also included a self addressed, stamped envelope. Unfortunately, to date, I have not received same.

Will you please mail to me the above referenced pages in the enclosed, self addressed, stamped envelopes. URGENT. Thanks for your assistance in this matter.

Sincerely,

WILLIE JAMES ATKINS #1441001
Wallace Pack-I unit
2400 Wallace Pack Rd.
Navasota, TX. 77868

P.S.       Also, will you please provide the following **file date information**:

1.   Original Application for Writ Of Habeas Corpus;_____

2.   Pro-Se Motion for Extension Of Time to File Supplemental Brief For Writ **of Habeas Corpus**
       Of Habeas Corpus;_____ ;

3.   Motion For Leave Of Court To File Applicant's Supplemental Brief To Application For Writ Of Habeas Corpus_____ .

August 13, 2010

Records Section
Ground Fl., George L Allen Sr. Courts Bldg.
600 Commerce St.
Dallas Texas 75202

**REF:** W06-00566-X(A) / EX PARTE WILLIE JAMES ATKINS

Dear Records Section Officer,

Greetings:

On April 19, 2010, I mailed to the District Clerks office documents entitled Motion For Leave Of Cort to File Applicant's Supplemental Brief to Application For Writ of Habeas Corpus, as well as Pro-Se Exhibits. I included a second copy of the Title Cause Number Page-1, Certificate of Service page, as well as a stamped, self addressed envelope in order to have said pages file marked, date stamped and returned. (2 PAGES TO TAC)

Additionally, on May 4, 2010, I mailed a second request for the above listed information which also included a self addressed, stamped envelope.

Finally, on June 1, 2010, I mailed a third request for the above listed information which also included a self addressed, stamped envelope. Unfortunately, to date, I have not received same.

Will you please mail to me the above referenced pages in the enclosed, self addressed, stamped envelope. **URGENT.** Thanks for your assistance in this matter.

Sincerely,

WILLIE JAMES ATKINS #1441701
Wallace Pack-1 Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

**P.S.** Also, will you please provide the following **file date** information:

1. Original Application for Writ Of Habeas Corpus;_____

2. Pro-Se Motion For Extension Of Time To File Supplemental Brief For Writ

   Of Habeas Corpus;_____:

3. Motion For Leave of Court To File Applicant's Supplemental Brief To

   Application For Writ Of Habeas Corpus_____.

W. ATKINS #1441701
Pack-I unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

LEGAL MAIL

D1522

LEGAL MAIL

13 AUG 2010 PM 1 L

BRYAN TX 778

Records Section
Ground Fl., George L. Allen Sr. Courts Bldg.
600 Commerce St.
Dallas Texas

Juvenile

final

NIXIE    750    5C 1         00 08/26/10

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 77868455700        *1788-17153-13-35

15-22

## NOTIFICATION TO COME BY MAIL ROOM

_Pack_ UNIT

Inmate Name _Atkins, W_ Date _9-27-10_

Inmate No. _141701_

The above named inmate is required to come to the mail room

_8-30-10_         _1:30pm_
(Date and Time)

regarding the following matter:

_____ Questionable Correspondence
_____ Questionable Publication
_____ Package
__✓___ Legal, Special or Media Correspondence
_____ Other

Inmate's Signature _____ Date _8-3-10_

Notifying
Officer's Signature _____

Original—Return to unit mail room.
Copy—Give completed copy to inmate.         I-152

November 6, 2010


Mrs. Louise Pearson, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas  78711

RE:  Writ No.  WR-74,886-01 / Atkins, Willie James - Ex Parte

TRIAL COURT NO: W06-00566-X(A)


Dear Clerk of the Court, Greetings:

Comes now the Applicant in the above referenced and numbered cause to request

assistance concerning requested documents from the Dallas County District Clerks

Office.

I am in receipt of OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS

OF TEXAS that the aforementioned Writ has been received by said court.  Will you

please provide me with a complete list of the documents submitted from the Trial

Court :by  the State and the Applicant concerning the application, any answers

filed, any motions filed, transcripts of all depositions and hearings, any affidavits,

and any other matters such as official records used by the court in resolving

issues of fact.  PLEASE Help.

This information is necessary to ensure the trial court forwarded

to the Court of Criminal Appeals, all information and documents provided by the

Applicant to the trial court.

Also, I mailed to the Dallas County District Clerks office documents

entitled "Motion For Leave Of Court To File Applicant's Supplemental Brief To

Application For Writ Of Habeas Corpus", as well as Pro-Se Exhibits, which were

signed as received on 4-23-2010, Certified Article Number 7008-1300-0001-4318-2491.

I included a second copy of the Title/Cause Number page, Certificate of Service

page, as well as a stamped, self addressed envelope in order to have same filed,

date stamped and returned.  I made a total of four(4) requests.  I never received
my copy to confirm same was indeed filed and forwarded to the Court Of Criminal
Appeals.

Inaaddition to ther requested list of documents submitted from the Trial Court, will you pleade forward to me a copy of the previously named / underlined, 2-page document with the file date stamped.

Also, I never received information concerning an answer to the complaint made against my Trial Attorney, Mr. Richard Franklin, for Ineffective Assistance of Counsel. This complaint was ruled by the Trial Court as aN issue to be resolved. Please Help.

Finally, I never received information from the Attorney appointed by the Court to resolve the issues and prepare findings of fact and conclusions of law for the Court, Catherine Bernhard, concerning her investigation, findings or conclusions, pursuant to T.C.C.P. Art. 11.07(3)(d).

I pray that you will please provide me with the requested information to ensure all available facts concerning this case are received, heard and considered by the Honorable Texas Court of Criminal Appeals. If there is any necessary fee required, my mother will forward tthe funds.

Thank you for your assistance in thes matter before the Court.

Sincerely,

WILLIE JAMES ATKINS, APPLICANT Ex Parte
#1441701
Wallace Pack-I Unit
@400 Gallace Pack Rd.
Navasota, Texas 77868

WA/wa

Copy: File

Janice Eidd Records Service
3030 LBJ Freeway, Suite 700
Dallas, TX 75234

June 22, 2011

Dear Records Services,

Greetings:

I am currently in need of your services concerning records retrieval. Will you

please provide information concerning your fees to provide the following records:

**1.** Dallas County Court Records and Court of Criminal Appeals - Austin TX.

**REF:** State Writ 11.07 No. WR-74,886-01 - Atkins, Willie James

**Trial Court No. W06-00566-X(A),** filed in Dallas County District Court Number

6, Judge Jeanine Howard, then forwarded to The Court of Criminal Appeals-Austin.

**(A)** I need the report entitled "STATEMENT OF FACTS AND CONCLUSIONS

OF LAW". Prepared by Attorney Catherine Bernhard (972)617-5548

**(B)** Included in the report prepared by Attorney Bernhard, should be

a reply from the trial court defense attorney Mr. Richard Franklin. That reply

is needed as well.

**(C)** A list of all documents forwarded to the Court of Criminal Appeals

in Austin, from the Dallas County District Court Number-6 concerning this Writ

is needed as well.

**2.** **Dallas County Police Department** - Police Report, Investigation records.

**(A)** May 5, 2005 Police Report filed by Bobby Wayne Nicholas and

Timothy Rochell. Need Police Report; (b) Police Investigation Records; (c) Witness

Statements.

**(B)** October 20, 1999 Police Report concerning the death of Manuel

Watkins. (b) All avialable Police Investigation Records; (c) All witness statements,

especially Dominique Johnson.

THANKS for your service.

Willie Atkins, #1441701 - Pack Unit - 2400 Wallace Pack Rd. - Navasota, TX 77868

June 22, 1011

Records Research and Retrieval Services
Attorney's Service Bureau Of Texas
900 Jackson Street, Suite 750
Dallas, TX 75202

Dear Records Services,

Greetings:

I am currently in need of your services concerning records retrieval. Will you please provide information concerning your fees to provide the following records:

**1.** Dallas County Court Records and Court of Criminal Appeals - Austin TX.
**REF:** State Writ 11.07 No. WR-74,886-01 - Atkins, Willie James
Trial Court No. W06-00566-X(A), filed in Dallas County District Court Number 6, Judge Jeanine Howard, then forwarded to The Court of Criminal Appeals- Austin.

**(A)** I need the report entitled "STATEMENT OF FACTS AND CONCLUSIONS OF LAW". Prepared by Attorney Catherine Bernhard (972)617-5548

**(B)** Included in the report prepared by Attorney Bernhard, should be a reply from the trial court defense attorney Mr. Richard Franklin. That reply is needed as well.

**(C)** A list of all documents forwarded to the Court of Criminal Appeals in Austin, from the Dallas County District Court Number-6 concerning this Writ is needed as well.

**(D)** Title/Cause Number Page and Certificate of Service Page (2-pages) from document entitled "MOTION FOR LEAVE OF COURT TO FILE APPLICANT'S SUPPLEMENTAL BRIEF TO APPLICATION FOR WRIT OF HABEAS CORPUS". I need the first two-pages only.

**2.** **Dallas County Police Department**
**(A)** May 5, 2005 Police Report filed by Bobby Wayne Nicholas and Timothy Rochell. (a) Need Police Report; (b) Police Investigation Records; (c) Witness Statements.

**(B)** Ocotber 20, 1999 Police Report concerning the death of Manuel Watkins. (b) All avaible Police Investigation Records; (c) All witness statements, especially Dominique Johnson.

Thanks for your services.

Willie Atkins #1441701 - Pack Unit - 2400 Wallace Pack Rd - Navasota TX 77868

# ATTORNEY'S SERVICE BUREAU
## OF TEXAS



**900 JACKSON STREET, SUITE 750**
**DALLAS, TEXAS 75202**
**PH-(214) 522-5297 FAX-(214) 393-0210**
**email: asb-texas@sbcglobal.net**

July 12, 2011

Mr. Willie Atkins
# 1441701
Pack Unit
2400 Wallace Pack Rd
Navasota, Texas 77868

Dear Mr. Atkins:

I am returning herewith your letter received on July 7, 2011, as this firm is not able to assist you with your request. We are a private research firm, not a law office or lawyer referral service, and we provide services only to Banking, Legal and Securities Industry professionals (i.e. we do not provide services to the general public unless referred to us by our current clients, as a professional courtesy).

I believe the local Bar Associations in each county, as well as the State Bar of Texas in Austin, operate a lawyer referral service and may be able to refer you to someone qualified to assist you.

Wishing you good luck with your endeavor, I am.

Sincerely,

Cash,
Secretary for
Linda D. Ostman
Attorney's Service Bureau of Texas

/lc

Enclosure(s) As stated above.

**Attorney's Service Bureau**
**of Texas**

900 Jackson Street, Suite 750
Dallas, Texas 75202



USA FIRST-CLASS FOREVER

Mr. Willie Atkins
# 1441701
Pack Unit
2400 Wallace Pack Rd
Navasota, Texas 77868

77866456700

APX-40

12-04-2014


Inmate Copy Service
Texas State Law Library
P.O. Box 12367
Austin, Texas 78711-12367

REF:  WILLIE JAMES ATKINS, / Date of Conviction - May 4, 2007/ County of

    Conviction - Dallas County/ **APPEAL NO. WR-74,886-01** / Complete Mailing

    Address: Mark W. Stiles Unit - 3060 FM 3514 - Beaumont, Texas 77705/

Dear Law Library Clerk,

GREETINGS:

   I am currently in need of your services concerning records retrieval.
Will you please provide information concerning your fees to provide the following
records for the above referenced APPEAL:

  **(A)** Report titled: "STATEMENT OF FACTS AND CONCLUSIONS OF LAW". Prepared
by Attorney Catherine Bernhard (972)617-5548 from ORDERS issued April 6, 2010/
Cuase No. W05-00566-X(A)/ Criminal District Court Number Six(6)/ Dallas County,
Judge Jeanine Howard ;

  **(2)** Included in Said Report should be a reply from the trial court defense
attorney, Mr. Richard Franklin. That reply is needed as well;

  **(3)** A list of all documents and/or titles, forwarded to the Court of
Criminal Appeals, from Dallas County Court Number Six(6) concerning this above
referenced APPEAL;

  **(4)** **CASE LAW:** Robinson v. California, 370 U.S. 660, 82 SxCt. 1417 (1962).

  Thank you for your assistance in this matter.

Respectfully submitted,

WILLIE ATKINS, #1441701
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

CAUSE NO. W06-00566-X(A)

| | | |
|---|---|---|
| WILLIE ATKINS, TDCJ No. 1441701 | § | IN THE CRIMINAL DISTRICT |
| Relator, | § | |
| | § | COURT NO. 6, OF |
| V. | § | |
| GARY FITZSIMMONS, | § | DALLAS COUNTY, TEXAS |
| Dallas County District Clerk | § | |
| In his Official Capacity, | § | |
| Respondant | § | |

---

### A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

---

## EXHIBIT

## " B "

### RESPONSE LETTER

1.  December 29, 2014 - RESPONSE - From Texas State Law Library - To Willie Atkins

    REFERENCE: WR-74,886-01 Estimated cost for copies (2-pages).

Tuesday
June 2, 2015

U.S. postal Service

8225 Cross Park DR.
Austin, Texas     78710 - 9998


Dear postal Service,

Greetings:

On Monday, May 11, 2015. I mailed Two (2) Certified
Legal Mail - Return Receipt Requested:
(1) 7008 - 1140 - 8238 - 6775 = $ 8.53
(2) 7808 - 1140 - 8238 - 6782 = $ 8.70
Addressed To: Mr. Gary FitzSimmons, Dallas County District
            Clerk -... 600 Commerce ST... Dallas, Tx 75202 - 4606

From: Willie Atkins, #1441701 - Stiles Unit. 3060 Fm 3514 -
     Beaumont, Tx 77705.

Will you please provide The Status/Delivery Confirmation
Report. I Never Received The (Green Card) Return Receipt
Thanks For Your Assistance in This Matter -

Respectfully Submitted,

CAUSE NO. W06-00566-X(A)

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE®**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | June 16, 2015 |

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 7008 1140 0001 8238 6775**

| Destination and Origin |
|---|

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 75202 | DALLAS | TX |

**Origin**

| City | State |
|---|---|

**Tracking Number Classification**

**Class/Service**

| Class/Service: | Certified Mail |
|---|---|
| Class of Mail Code/Description: | -1 / Unknown |

**Extra Services**

**Extra Services Details**

| Description | Amount |
|---|---|
| Certified Mail | |

**Events**

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED | 01 | 05/13/2015 | 15:27 | DALLAS, TX 75202 | Scanned | IMD 14218D819E (interface type - wireless) | Scanned by route 5202C004 | 05/13/2015 15:31:23 | View Delivery Signature and Address — Facility Finance Number: 482208 — Request Delivery Record |

Enter up to 35 items separated by commas.

Select Search Type: [Quick Search ▾]    [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 4.1.0.29

## A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

CAUSE NO. W06-00566-X(A)

APX-45

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | June 16, 2015 |

**USPS Tracking Intranet**

**Delivery Signature and Address**

Tracking Number: 7008 1140 0001 8238 6775

This item was delivered on 05/13/2015 at 15:27:00

< Return to Tracking Number View

| | Signature X | _SClark_ |
|---|---|---|
| Signature | | |
| | Printed Name | SClark |
| Address | Delivery Address | 600 Comm |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ⌄     Submit

Product Tracking & Reporting, All Rights Reserved
Version: 4.1.0.29

A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

IN: F-6-5-2015 | SIGNED S. Clark 5-13-2015

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X_____ ☐ Agent ☐ Addressee |
| | B. Received by ( Printed Name )     C. Date of Delivery |
| 1. Article Addressed to: MR. GARY FITZSIMMONS Dallas County District Clerk George Allen Sr Courts Bldg 600 Commerce St. 1st Floor Dallas, Texas 75202-4606 | D. Is delivery address different from item 1? ☐ Yes    If YES, enter delivery address below: ☐ No |
| | 3. Service Type ☒ Certified Mail  ☐ Express Mail ☐ Registered  ☐ Return Receipt for Merchandise ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)     ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1140 0001 8238 6775 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

APX-46

CAUSE NO. W06-00566-X(A)



**UNITED STATES POSTAL SERVICE**

CUSTOMER RELATIONS COORDINATOR
8225 CROSS PARK DR.
AUSTIN, TX 78710



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

4F3-64B

Willie Atkins #1441701
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705-7635

CAUSE NO. W06-00566-X(A)

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE ®**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | June 16, 2015 |

## USPS Tracking Intranet Tracking Number Result

Result for Domestic Tracking Number 7008 1140 0001 8238 6782

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 75202 | DALLAS | TX |

**Origin**

| City | State |
|---|---|
| | |

### Tracking Number Classification

**Class/Service**

| | |
|---|---|
| Class/Service: | Certified Mail |
| Class of Mail Code/Description: | -1 / Unknown |

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| Certified Mail | |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED | 01 | 05/13/2015 | 15:27 | DALLAS, TX 75202 | Scanned | IMD 14218D819E (interface type - wireless) | Scanned by route 5202C004 | 05/13/2015 15:32:24 | View Delivery Signature and Address / Facility Finance Number: 482208 / Request Delivery Record |

Enter up to 35 items separated by commas.

Select Search Type: [Quick Search ▽]   [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 4.1.0.29

A.   PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

CAUSE NO. W06-00566-X(A)

APX-48

## Product Tracking & Reporting

Home     Search     Reports     Manual Entry     Rates/ Commitments     PTR / EDW     USPS Corporate Accounts     June 16, 2015

### USPS Tracking Intranet
### Delivery Signature and Address

Tracking Number: 7008 1140 0001 8238 6782

**This item was delivered on 05/13/2015 at 15:27:00**

< Return to Tracking Number View

| | |
|---|---|
| Signature | **Signature** X _SClark_ |
| | **Printed Name** _SClark_ |
| Address | **Delivery Address** _600 Comm_ |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▾    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 4.1.0.29

---

A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

---

IN: F-6-5-2015 / Signed S. Clark - 5-13-2015

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X    ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>MR. GARY FITZSIMMONS<br>Dallas County District Clerk<br>George Allen Sr Courts Bldg<br>600 Commerce St. 1st Floor<br>Dallas, Texas 75202-4606 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 1140 0001 8238 6782 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES
POSTAL SERVICE

CUSTOMER RELATIONS COORDINATOR
8625 CROSS PARK DR.
AUSTIN, TX 78710

Willie Atkins #1441701
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705-7635

First-Class M
Postage & Fees Paid
USPS
Permit No. G-10

CAUSE NO. WO6-00566-X(A)

--------

A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

--------

JUNE 1, 2015

DEAR MAiL Room, GreeTiNGS & please Help! ON MONDAY MAY 11, 2015, I maiLeD Two (2) CerTiFieD LEGAL MAiL - ReTurN Receipt ReQuesTeD - AppreSSeD To : Mr. GAry FiTzsimmonS, DALLAS County DiSTicT Clerk ... 600 Commerce ST. DaLLAS, TEXAS - 75202 4606, WiTH PoSTAGe iN The FolloWiNG Amounts :

7008 - 1140 - 0001 - 8238 - 6775 = $ 8.53
7008 - 1140 - 0001 - 8238 - 6782 = $ 8.70 . Please Help! To DATe I Never ReceiveD Green CARD Delivery CoNFirmATioN Receipt THANk!

Name & WilLie ATkiNS No: 1441701     uNiT: STiLes
House : 4-F-64B     In/ouT ASSiGNMENT: Gen. UTil. SG. 0600 To 1400

DispoSiTioN :

CAUSE NO. W06-00566-X(A)

---
A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS
---

JUNE 2, 2015

2ND REQUEST

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Dear Mail Room, Greetings: Please Help! On Monday May 11, 2015, I mailed Two (2) Certified Legal Mail - Return Receipt Requested - Addressed To: Mr. Gary FitzSimmons, Dallas County District Clerk... 600 Commerce ST... Dallas, Texas - 75202-4606 with Postage In The Following Amounts:

7008-1140-0001-8238-6775 = $8.53
7008-1140-0001-8238-6782 = $8.70 - Please Help! To Date,
I Never Received My Green Card Delivery Confirmation Receipt - Thanks!

Name: Willie Atkins        No: 1441701        Unit: Stiles

Living Quarters: 4-F-64B        Work Assignment: Gen. Util. SQ. 0600 To 1400

**DISPOSITION:** (Inmate will not write in this space)

When the post office sends them they will be issued to you.

R. Willis 6/5/15

☆I-60 (Rev. 11-90)

JUNE 30, 2015

STATE Counsel FOR OFFenders
P.O. BOX 4005
Huntsville, TX   77342-4005

DEAR STATE Counsel FOR OFFenders, GREETINGS:

I AM WRITING FOR INSTRUCTIONS FOR RECEIVING The Courts "FINDINGS OF FACTS" Report IN MY Article 11.07, APPLICATION FOR WRIT OF HAbeas Corpus No 74,896-01, DATED MARCH 1, 2010, DENIED WITHOUT Written ORDER.

I Never RECEIVED A COPY AND AII REQUESTS TO TRIAI COURT AND COURT OF CRIMINAI APPEAIS HAVE GONE UN ANSWERED. PLEASE HELP!   THANKS!

Willie Atkins, No 1441701
STILES UNIT
3060 FM 3514
BEAUMONT, TX  77705